Bradford G. Hughes, Esq., SBN 247141
Andre Karchemsky, Esq., SBN 327831
**CLARK HILL LLP**
555 S Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
bhughes@ClarkHill.com
akarchemsky@ClarkHill.com

Attorneys for Defendant
NAVAJO EXPRESS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OBINNA OKWARA<br><br>                    Plaintiff,<br><br>     v.<br><br>NAVAJO EXPRESS, INC.<br><br>                    Defendant. | Case No. 2:22-cv-4053<br><br>(Los Angeles Superior Court Case Number: 22STCV08622)<br><br>**DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332 AND 1441** |

**TO THE COURT, AND TO PLAINTIFF OBINNA OKWARA AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Navajo Express, Inc. (hereinafter "Defendant") hereby removes the above-entitled civil cation from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. sections 1332 and 1441. Removal is proper because complete diversity of citizenship exists between Plaintiff Obinna Okwara (hereinafter "Plaintiff") on the one hand and Defendant on the other hand, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. In support of this notice of removal, Defendant further alleges and states the following: