# EXHIBIT "A"

Case 2:22-cv-04053-JLS-SK   Document 1   Filed 06/13/22   Page 2 of 6   Page ID #:6
Electronically FILED by Superior Court of California, County of Los Angeles on 03/10/2022 11:41 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Michael Whitaker

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|

Jerry Udeochu, Esq. SBN:322572
Udeochu Law
335 E. Albertoni St #200-466
Carson, CA 90746

TELEPHONE NO: (323) 880-9989   FAX NO. *(Optional):* (323) 967-7686
E-MAIL ADDRESS *(Optional):* Udeochulaw@Gmail.com
ATTORNEY FOR *(Name):* Obinna Okwara

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill St
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Obinna Okwara

DEFENDANT: Navajo Express, Inc.

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
**Type** *(check all that apply):*
☑ **MOTOR VEHICLE**   ☐ **OTHER** *(specify):*
☐ Property Damage   ☐ Wrongful Death
☑ Personal Injury   ☐ Other Damages *(specify):*

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded   ☐ **does not exceed $10,000**
   ☐ **exceeds $10,000, but does not exceed $25,000**
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
   ☐ **from limited to unlimited**
   ☐ **from unlimited to limited**

CASE NUMBER:

22STCV08622

1. **Plaintiff** *(name or names):* Obinna Okwara

   alleges causes of action against **defendant** *(name or names):*
   Navajo Express, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Okwara vs Navajo Express, Inc. | |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except** defendant *(name):* Navajo Express, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Okwara vs Navajo Express, Inc. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. ☑ Motor Vehicle
  b. ☑ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify):*

11. Plaintiff has suffered
  a. ☑ wage loss
  b. ☑ loss of use of property
  c. ☑ hospital and medical expenses
  d. ☑ general damage
  e. ☑ property damage
  f. ☐ loss of earning capacity
  g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☑ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) ☐ according to proof
     (2) ☑ in the amount of: $ 318,400

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 2/22/22

Jerry Udeochu, Esq.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(1)

| SHORT TITLE:<br>Okwara vs Navajo Express, Inc. | CASE NUMBER: |
|---|---|

1st
_____
(number)

# CAUSE OF ACTION—Motor Vehicle

ATTACHMENT TO [ X ] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Obinna Okwara

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred

on *(date):* Dec 29, 2020

at *(place):*

Intersection of Wilmington Ave and Eastbound 91 Freeway

MV- 2. DEFENDANTS

a. [ X ] The defendants who operated a motor vehicle are *(names):*
Navajo Express, Inc.

[ ] Does _____ to _____

b. [ X ] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
Navajo Express, Inc.

[ ] Does _____ to _____

c. [ X ] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
Navajo Express, Inc.

[ ] Does _____ to _____

d. [ X ] The defendants who entrusted the motor vehicle are *(names):*
Navajo Express, Inc.

[ ] Does _____ to _____

e. [ X ] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Navajo Express, Inc.

[ ] Does _____ to _____

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are

[ ] listed in Attachment MV-2f [ ] as follows:

[ ] Does _____ to _____

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
*www.courts.ca.gov*

PLD-PI-001(2)

| SHORT TITLE:<br>Okwara vs Najavo Express, Inc. | CASE NUMBER: |
|---|---|

2nd
_(number)_

## CAUSE OF ACTION—General Negligence

Page 5

ATTACHMENT TO [ x ] Complaint    [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_ Obinna Okwara

alleges that defendant _(name):_ Navao Express, Inc.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on _(date):_ December 29, 2020

at _(place):_ Intersection of Wilmington Ave and Eastbound 91 Freeway

_(description of reasons for liability):_
On December 29, 2020, at approximately 9:00 AM, Mr. Okwara was the fully restrained driver of a 2016 Mercedes Benz GLC 300, stopped at a red light northbound in the inside right lane on Wilmington Avenue at the intersection of the eastbound 91 freeway, in the city of Compton, CA. When the light turned green, Mr. Okwara turned right on Artesia Blvd to enter the 91 freeway when he was unexpectedly struck by an 18-wheeler driven by Paul Brown, a driver for Navajo Express, Inc. (Navajo), who was also making a right turn from the outside right lane. After making contact with Mr. Okwara's vehicle, Mr. Brown continued driving, pushing Mr. Okwara's vehicle to the edge of the road while crushing the vehicle with his truck. When Mr. Brown finally realized he was pushing and crushing Mr. Okwara's vehicle, he stopped and informed Mr. Okwara that he did not see Mr. Okwara's vehicle as he was making a right turn. The collision destroyed Mr. Okwara's vehicle and severely injured Mr. Okwara.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov