# EXHIBIT "B"



# San Diego Service of Process, LLC
2445 Morena Blvd., Suite 201
San Diego, Ca. 92110
Ph. (619) 275-6400  Fax (619) 275-6420

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/19/2022 | 45177 |

**BILL TO**

Udeochu Law
Attn: Jerry Udeochu
335 E. Albertoni St. #200-466
Carson, CA 90746

| Tracking # | TERMS |
|---|---|
|  | Paid by Paypal |

| ITEM CODE | DESCRIPTION | DATE | TIME | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| P/S | NAVAJO EXPRESS, INC.  2419 Nielsen St. EC., 92020 | 4/18/2022 | 12:55pm | 69.00 | 69.00 |
| COPIES | Copies ( 45 pages ) |  |  | 6.75 | 6.75 |

THANK YOU FOR YOUR BUSINESS!
Accounts Not Paid Within Terms Are Subject to a 2% Finance Charge

**Total** $75.75

www.SanDiegoServiceOfProcess.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>JERRY UDEOCHU, ESQ.  SBN: 322572<br>UDEOCHU LAW<br>335 ALBERTONI STREET #200-466<br>CARSON, CA 90746<br>TELEPHONE NO.: 323-880-9989   FAX NO. (Optional): 323-967-7686<br>E-MAIL ADDRESS (Optional): UDEOCHULAW@GMAIL.COM<br>ATTORNEY FOR (Name): OBINNA OKWARA | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 NORTH HILL STREET<br>MAILING ADDRESS: -SAME-<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: STANLEY MOSK COURTHOUSE | |
| PLAINTIFF/PETITIONER: OBINNA OKWARA<br>DEFENDANT/RESPONDENT: NAVAJO EXPRESS, INC., et al. | CASE NUMBER:<br>22STCV08622 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>45177 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: **SEE ATTACHED LIST
3. a. Party served (specify name of party as shown on documents served):
   NAVAJO EXPRESS, INC.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   RITA SOLIZ REGISTERED AGENT
   HISP/F/60YRS/5'2"/150LBS
4. Address where the party was served: 2419 NIELSEN STREET EL CAJON, CA 92020
5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 4/18/2022    (2) at (time): 12:55PM
   b. [ ] by substituted service. On (date):       at (time):       I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):       from (city):       or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

www.accesslaw.com

| | |
|---|---|
| PLAINTIFF/PETITIONER: OBINNA OKWARA | CASE NUMBER: |
| DEFENDANT/RESPONDENT: NAVAJO EXPRESS, INC., et al. | 22STCV08622 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date):*                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* NAVAJO EXPRESS, INC.
   under the following Code of Civil Procedure section:
   - ☑ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: KENNETH WYSONG
   b. Address: C/O SDSOP 2445 MORENA BLVD., SUITE 210 SAN DIEGO, CA 92110
   c. Telephone number: 619-275-6400
   d. The fee for service was: $75.75
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.: 1802
         (iii) County: SAN DIEGO

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4/18/2022

KENNETH WYSONG
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

| SHORT TITLE: OBINNA OKWARA VS NAVAJO EXPRESS, INC., et al. | CASE NUMBER: 22STCV08622 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE (ADDITIONAL DOCUMENTS)

FIRST AMENDED STANDING ORDER RE: PERSONAL INJURY PROCEDURES AT THE SPRING STREET COURTHOUSE
NOTICE OF CASE ASSIGNMENT

SECOND AMENDED SUPPLEMENTAL STANDING ORDER RE COVID PROTECTIVE MESURES REALTED TO FINAL STATUS CONFERENCES IN PERSONAL INJURY CASES AT THE SPRING STREET COURTHOUSE

THIRD AMENDED STANDING ORDER RE: FINAL STATUS CONFERENCE, PERSONAL INJURY ("PI") COURTS

SIXTH AMENDED STANDING ORDER RE: MANDATORY SETTLEMENT CONFERENCE

VOLUNTARY EFFICIENT LITIGATION STIPULATIONS

ORDER PURSUANT TO CCP 105(a), EXTENDING TIME TO RESPOND BY 30 DAYS WHEN PARTIES AGREE TO EARLY ORGANIZATIONAL MEETING STIPULATION