UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  2:22-cv-04053-JLS-SK                                    Date: June 21, 2022
Title:  Okwara Obinna v. Navajo Express, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| __D. Rojas__ | _____N/A_____ |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  NOTICE RE: PROCEDURAL DEFECT IN NOTICE OF REMOVAL**

Plaintiff initiated the present action in state court on March 10, 2022.  (*See* Compl., Doc. 1-2.)  Defendant was served on April 18, 2022. (Proof of Service, Doc. 1-3, at 1.)  Defendant filed a Notice of Removal on June 13, 2022.  "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b)(1).

Plaintiff must submit a motion to remand within 30 days of the date of removal if Plaintiff objects to this Notice of Removal and requests remand.  *See* 28 U.S.C. § 1447(c).  Absent such motion, any procedural defect will be deemed waived.

Initials of Deputy Clerk: droj